IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SETH PAULSON,

                Plaintiff,

v.

ROY PETRONOVICH, JAMES EWER,
HILLARY BROWN, REED RICHARDSON,
CLAIRE HICKEY, DIANE MASON, and
MICHAEL KASTEN,

                Defendants.

ORDER

17-cv-97-jdp

---

Pro se plaintiff Seth Paulson is a former state prisoner currently under the supervision of the Wisconsin Department of Corrections (DOC). I granted him leave to proceed on a due process claim against defendant DOC officials. He alleges that while he was housed at the Stanley Correctional Institute, defendants took his guitar cord and refused to return it despite being ordered to do so. Defendants have moved for summary judgment. Dkt. 30. Paulson has not responded to defendants' motion. This calls into question whether Paulson wants to continue with the lawsuit.

Before I dismiss the case with prejudice for Paulson's failure to prosecute it, I will give him a short time to explain whether he still wishes to prosecute this lawsuit. If he does, he will have the same deadline to (1) show cause why he was not able to submit a timely response to defendants' summary judgment motion; and (2) submit a brief, affidavits, and exhibits opposing defendants' motion.

ORDER

IT IS ORDERED that plaintiff Seth Paulson may have until July 3, 2018, to respond to this order as discussed in the opinion above.

Entered June 18, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge