IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SETH PAULSON,

          Plaintiff,

  v.

ROY PETRONOVICH, JAMES EWER,
HILLARY BROWN, REED RICHARDSON,
CLAIRE HICKEY, DIANE MASON, and
MICHAEL KASTEN,

          Defendants.

ORDER

17-cv-97-jdp

---

In a June 19, 2018 order, I gave pro se plaintiff Seth Paulson until July 3, 2018, to explain whether he intends to pursue this lawsuit. Dkt. 40. I warned him that if he failed to respond, I would dismiss the case with prejudice for his failure to prosecute it. Some time has passed since the July 3 deadline, and Paulson has not filed a response to the order or otherwise contacted the court. Accordingly, this case is dismissed.

ORDER

IT IS ORDERED that plaintiff Seth Paulson's complaint is DISMISSED with prejudice for his failure to prosecute it. The clerk of court is directed to close this case.

Entered July 11, 2018.

          BY THE COURT:

          /s/

          _____
          JAMES D. PETERSON
          District Judge