IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SETH PAULSON,

    Plaintiff,

v.

ROY PETRONOVICH, JAMES EWER,
HILLARY BROWN,
REED RICHARDSON, CLAIRE HICKEY,
DIANE MASON, and MICHAEL
KASTEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-97-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this with prejudice for plaintiff Seth Paulson's failure to prosecute it.

| /s/ | 7/11/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |